IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CUBIST PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1679-GMS |
| | ) | |
| STRIDES, INC. and AGILA SPECIALTIES PRIVATE LIMITED, | ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT AGILA SPECIALTIES PRIVATE LIMITED'S**
**FED. R. CIV. P. RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Agila Specialties Private Limited ("Agila") states that it is a wholly owned subsidiary of Strides Arcolab Ltd. Strides Arcolab Ltd.'s shares are publicly traded on the Indian stock exchange. No other publicly-traded company owns 10% or more of Agila's stock.

|  |  |
|---|---|
|  | */s/ Stephanie E. O'Byrne* |
|  | John W. Shaw (No. 3362) |
| OF COUNSEL: | Karen E. Keller (No. 4489) |
| C. Kyle Musgrove | Stephanie E. O'Byrne (No. 4446) |
| Michael M. Shen | Andrew E. Russell (No. 5382) |
| HAYNES AND BOONE LLP | SHAW KELLER LLP |
| 1615 L Street NW, Suite 800 | 300 Delaware Avenue, Suite 1120 |
| Washington, D.C. 20036 | Wilmington, DE 19801 |
| (202) 654-4500 | (302) 298-0700 |
|  | sobyrne@shawkeller.com |
| Dated: November 13, 2013 | *Attorneys for Defendants* |