IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CUBIST PHARMACEUTICALS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 13-1679 (GMS) |
| | ) |
| STRIDES, INC. and AGILA SPECIALTIES PRIVATE LIMITED, | ) ) |
| | ) |
| Defendants. | ) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff's Objections and Responses to Defendants' First Set of Requests for Production of Documents and Things* were caused to be served on June 17, 2015, upon the following in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>Bindu A. Palapura, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Nicole Stafford, Esquire<br>Eric Arnell, Esquire<br>WILSON SONSINI GOODRICH & ROSATI<br>900 South Capital of Texas Highway<br>Las Cimas IV, Fifth Floor<br>Austin, TX 78746<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Yongdan Li, Esquire<br>WILSON SONSINI GOODRICH & ROSATI<br>633 West Fifth Street, 15th Floor<br>Los Angeles, CA 90071<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |

Kathryn Grey, Esquire  
WILSON SONSINI GOODRICH & ROSATI  
12235 El Camino Real, Suite 200  
San Diego, CA  92130  
*Attorneys for Defendants*

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

Jack B. Blumenfeld (#1014)  
Maryellen Noreika (#3208)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE  19899  
(302) 658-9200  
jblumenfeld@mnat.com  
mnoreika@mnat.com

*Attorneys for Plaintiff*  
*Cubist Pharmaceuticals, Inc.*

OF COUNSEL:

William F. Lee  
Lisa J. Pirozzolo  
Sean K. Thompson  
Emily R. Whelan  
Ryann M. Muir, Ph.D.  
WILMER CUTLER PICKERING  
  HALE AND DORR LLP  
60 State Street  
Boston, MA  02109  
(617) 526-6000

June 17, 2015  
9240156.1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2015, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 17, 2015 upon the following in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>Bindu A. Palapura, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE  19899<br>*Attorneys for Defendants* | VIA ELECTRONIC MAIL |
| Nicole Stafford, Esquire<br>Eric Arnell, Esquire<br>WILSON SONSINI GOODRICH & ROSATI<br>900 South Capital of Texas Highway<br>Las Cimas IV, Fifth Floor<br>Austin, TX  78746<br>*Attorneys for Defendants* | VIA ELECTRONIC MAIL |
| Yongdan Li, Esquire<br>WILSON SONSINI GOODRICH & ROSATI<br>633 West Fifth Street, 15th Floor<br>Los Angeles, CA  90071<br>*Attorneys for Defendants* | VIA ELECTRONIC MAIL |
| Kathryn Grey, Esquire<br>WILSON SONSINI GOODRICH & ROSATI<br>12235 El Camino Real, Suite 200<br>San Diego, CA  92130<br>*Attorneys for Defendants* | VIA ELECTRONIC MAIL |

*/s/ Maryellen Noreika*

Maryellen Noreika (#3208)